```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x
In re:

SAIRY VELIZ                            :    BK No. 08-13292
            Debtor                          Chapter 13

- - - - - - - - - - - - - - - - - -x
```

## **ERRATA**

The following correction shall be noted in the Order entered by this Court on the 16th day of October, 2009, in the above captioned  case:

Page 5, line  2 reads: Only when the pre-petition arrearage, plus the principal balance, equals the value of the creditor's secured claim, is the debt satisfied.

**Page 5, line 2 shall be stricken**.

Dated at Providence, Rhode Island, this  19th   day of November, 2009.

_____
Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 11/19/09